CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 0 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MICHAEL BRACKETT,<br>　　Plaintiff, | Civil Action No. 7:05CV00614 |
| v. | **ORDER**<br><br>By Hon. Glen E. Conrad<br>United States District Judge |
| BLUE RIDGE REGIONAL JAIL,<br>　　Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 2d day of November, 2005.

　　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　　United States District Judge